## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ARTHUR DE CESARE,**

   **Plaintiff,**

**v.**          **CASE NO.  1:14-cv-81-MW/GRJ**

**VETERANS ADMINISTRATION
MEDICAL CENTER,**

   **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 3, filed May 8, 2014.    Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and/or for failure to state a claim upon which relief

may be granted because it is barred by the six-year limitations period of the

Federal Tort Claims Act."  The Clerk shall close the file.

**SO ORDERED on May 29, 2014.**

**s/Mark E. Walker** _____
**United States District Judge**